*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# STATE OF MICHIGAN

# COURT OF APPEALS

LAURA FRIZZO,

        Plaintiff-Appellant,

v

CITY OF IRON RIVER and DAVID THAYER,

        Defendants-Appellees.

UNPUBLISHED
February 18, 2021

No. 347361
Iron Circuit Court
LC No. 17-005475-CZ

Before: BECKERING, P.J., and SAWYER and SHAPIRO, JJ.

SHAPIRO, J. (*concurring*).

I concur in the majority opinion in all respects except for its discussion of MCL 421.11a, which I believe it interprets too narrowly. However, a review of the unemployment hearing transcript leads me to the conclusion that any such error was harmless as defendant Thayer's testimony at that hearing was not significantly different than his testimony at trial.

/s/ Douglas B. Shapiro

-1-